IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MUHAMMAD ALI HASAN, a/k/a DONTE WILLIAMS, a/k/a DONTIA BALLARD,<br><br>Defendant. | 8:25CR68<br><br>ORDER |

This matter is before the Court on the government's Motion to Dismiss Forfeiture Allegation (Filing No. 27) of the Indictment as to defendant Muhammad Ali Hasan. The Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") is not seeking forfeiture of the firearms as listed in the Forfeiture Allegation of the Indictment. The firearms were purchased with ATF funds during an undercover operation and, as the purchasers of the firearms, the ATF will destroy the firearms. Upon careful review of the government's motion and the record in this case, the Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1. The government's Motion to Dismiss Forfeiture Allegation (Filing No. 27) is granted.

2. The Forfeiture Allegation of the Indictment as to defendant Muhammad Ali Hasan is dismissed.

Dated this 17th day of September 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge